GOODWIN PROCTER LLP
PATRICK S. THOMPSON (State Bar No. 160804)
pthompson@goodwinprocter.com
ROBERT B. BADER (State Bar No. 218098)
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendant
QUICKEN LOANS, INC.

HOGAN & HARTSON LLP
NEIL R. O'HANLON (State Bar No. 67018)
nrohanlon@hhlaw.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile:  (310) 785-4601

Attorneys for Plaintiff
PROVIDENT FUNDING ASSOCIATES, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P., *Plaintiff,* v. QUICKEN LOANS, INC., and DOES 1 through 20, *Defendants.* | Case No. C-07-5680 JCS **JOINT STIPULATION TO ENLARGE TIME** [N.D. Civ. L. Rule 6-1(a)] Magistrate Judge:  Hon. Joseph C. Spero |

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1844565.1

**JOINT STIPULATION TO ENLARGE TIME**

On September 28, 2007, plaintiff Provident Funding Associates, L.P. ("Provident") filed a Complaint for Declaratory Relief and Breach of Written Contract ("Complaint") in the Superior Court of the State of California for the County of San Mateo. Defendant Quicken Loans, Inc. ("Quicken Loans") timely removed the action to this Court. Quicken Loans' answer is due November 13, 2007. On November 9, 2007, attorneys for the parties agreed to extend Quicken Loans' response date thirty (30) days to December 13, 2007.

IT IS THEREFORE STIPULATED that the time within which Quicken Loans must answer Provident's Complaint shall be, and is hereby, enlarged to and including December 13, 2007.

Dated:  November 9, 2007         GOODWIN PROCTER LLP
                                 PATRICK S. THOMPSON
                                 ROBERT B. BADER
                                 Three Embarcadero Center, 24th Floor
                                 San Francisco, California  94111
                                 Telephone: (415) 733-6000
                                 Facsimile: (415) 677-9041


                                 By  /s/ Robert B. Bader

                                 Attorneys for Defendant
                                 QUICKEN LOANS, INC.

Dated:  11/13/7



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1844565.1

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ROBERT B. BADER, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on November 12, at San Francisco, Califronia.

HOGAN & HARTSON LLP
NEIL R. O'HANLON
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile:  (310) 785-4601

By [concurrence obtained, General Order 45, § X.B]
    Neil R. O'Hanlon

Attorneys for Plaintiff
PROVIDENT FUNDING ASSOCIATES, L.P.

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111