| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT B. BADER, ESQ. (218098)<br>GOODWIN PROCTER<br>101 California Street, Suite 1850<br>San Francisco, California 94111 | (415) 733-6000 | |
| Attorneys for: QUICKEN LOANS, INC. | Ref. No. Or File No.<br>W2486999 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
PROVIDENT FUNDING ASSOCIATES, L.P.

Defendant:
QUICKEN LOANS, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 07-5680 JCS |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: CIVIL LCOVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; USDC/NDC WELCOME PACKAGE; DECLARATION OF CHRISTOPHER ARSENAULT IN SUPPORT OF NOTICE OF REMOVAL; DECLARATION OF ROBERT B. BADER IN SUPPORT OF NOTICE OF REMOVAL; NOTICE TO PLAINITFF OF FILING OF REMOVAL; NOTICE OF REMOVAL OF CIVIL ACTION (DIVERSITY JURISDICTION; NOTICE OF FILING REMOVAL PAPERS [San Mateo County CIV 466470]

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Opposing Counsel : Neil R. O'Hanlon
                   Hogan & Harson LLP
By Serving       : JUANITA NEWTON, Receptionist

Address          : 1999 Avenue of the Stars, Suite 1400 , Los Angeles, CA  90067
Date & Time      : Thursday, November 8, 2007 @ 3:05 p.m.
Witness fees were : Not demanded or paid.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 8, 2007                    Signature: _____
                                                     B. Anderson


Printed on recycled paper