GOODWIN PROCTER LLP
PATRICK S. THOMPSON (State Bar No. 160804)
pthompson@goodwinprocter.com
ROBERT B. BADER (State Bar No. 218098)
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendant
QUICKEN LOANS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P., | Case No. C-07-5680 JCS |
| *Plaintiff,* | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | Magistrate Judge:  Hon. Joseph C. Spero |
| QUICKEN LOANS, INC., and DOES 1 through 20, | |
| *Defendants.* | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  28 November 2007

_____
Signature

Attorney for Defendant
QUICKEN LOANS, INC.

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111