HOGAN & HARTSON LLP
NEIL R. O'HANLON, SBN 67018
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel. (310) 785-4600
Fax (310) 785-4601
E-mail: nrohanlon@hhlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> QUICKEN LOANS INC., and Does 1 through 20, <br><br> Defendants. | Case No. C-07-5680 JCS <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Magistrate Judge: Hon. Joseph C. Spero |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1.   Provident Funding Group, Inc.: general partner;

   2.   Craig Pica: partner/shareholder;

   3.   Doug Pica: partner/shareholder;

/ / /

/ / /

---

\\\LA - 098259/000026 - 367728 v1

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Case No. C-07-5680 JCS

1

1     4.     Ralph Pica: partner/shareholder;

2     5.     Michelle Blake: partner/shareholder

4   DATED: November 29, 2007        HOGAN & HARTSON LLP

6                                       By     /s/
                                                 Neil R. O'Hanlon

                                   Attorneys for Plaintiff