1  HOGAN & HARTSON LLP
   NEIL R. O'HANLON, SBN 67018
2  1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA  90067
3  Tel. (310) 785-4600
   Fax (310) 785-4601
4  E-mail:  nrohanlon@hhlaw.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>              Plaintiff,<br><br>       vs.<br><br>QUICKEN LOANS INC., and Does 1 through 20,<br><br>              Defendants. | Case No. C-07-5680 JCS<br><br>**PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Magistrate Judge:  Hon. Joseph C. Spero |

**PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  November 29, 2007          HOGAN & HARTSON LLP


                                   By      /s/
                                        Neil R. O'Hanlon
                                   Attorneys for Plaintiff