1  HOGAN & HARTSON LLP
   NEIL R. O'HANLON, SBN 67018
2  1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA  90067
3  Tel. (310) 785-4600
   Fax (310) 785-4601
4  E-mail:  nrohanlon@hhlaw.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> QUICKEN LOANS INC., and Does 1 through 20, <br><br> Defendants. | Case No. C-07-5680 JCS <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Magistrate Judge:  Hon. Joseph C. Spero |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Provident Funding Group, Inc.:  general partner;
2. Craig Pica:  partner/shareholder;
3. Doug Pica:  partner/shareholder;

/ / /

/ / /

\\\LA - 098259/000026 - 367728 v1

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Case No. C-07-5680 JCS

1

1    4.    Ralph Pica:  partner/shareholder;

2    5.    Michelle Blake:  partner/shareholder

4    DATED: December 4, 2007    HOGAN & HARTSON LLP

6    By    /s/
        Neil R. O'Hanlon

Attorneys for Plaintiff