1  GOODWIN PROCTER LLP
   PATRICK S. THOMPSON (State Bar No. 160804)
2  pthompson@goodwinprocter.com
   ROBERT B. BADER (State Bar No. 218098)
3  rbader@goodwinprocter.com
   Three Embarcadero Center, 24th Floor
4  San Francisco, California 94111
   Telephone: (415) 733-6000
5  Facsimile: (415) 677-9041

6  Attorneys for Defendant
   QUICKEN LOANS, INC.
7
   HOGAN & HARTSON LLP
8  NEIL R. O'HANLON (State Bar No. 67018)
   nrohanlon@hhlaw.com
9  1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
10 Telephone: (310) 785-4600
   Facsimile:  (310) 785-4601
11

12 Attorneys for Plaintiff
   PROVIDENT FUNDING
13 ASSOCIATES, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P., | Case No. C-07-5680 JCS |
| *Plaintiff,* | **SECOND JOINT STIPULATION TO ENLARGE TIME** |
| v. | [N.D. Civ. L. Rule 6-1(a)] |
| QUICKEN LOANS, INC., and DOES 1 through 20, | Magistrate Judge:  Hon. Joseph C. Spero |
| *Defendants.* | |

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – SECOND JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1851761.1

## SECOND JOINT STIPULATION TO ENLARGE TIME

On September 28, 2007, plaintiff Provident Funding Associates, L.P. ("Provident") filed a Complaint for Declaratory Relief and Breach of Written Contract ("Complaint") in the Superior Court of the State of California for the County of San Mateo. Defendant Quicken Loans, Inc. ("Quicken Loans") timely removed the action to this Court. Quicken Loans' answer originally was due November 13, 2007. On November 9, 2007, the parties stipulated to extend Quicken Loans' response date thirty (30) days to December 13, 2007. The parties currently are trying to resolve many of the issues raised in the Complaint. In light of this fact, the parties agreed to extend Quicken Loans' response date an additional twenty-five (25) days to January 7, 2008.

IT IS THEREFORE STIPULATED that the time within which Quicken Loans must answer Provident's Complaint shall be, and is hereby, enlarged to and including January 7, 2008.

Dated: December 12, 2007

GOODWIN PROCTER LLP
PATRICK S. THOMPSON
pthompson@goodwinprocter.com
ROBERT B. BADER
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

By  /s/ Robert B. Bader

Attorneys for Defendant
QUICKEN LOANS, INC.

IT IS SO ORDERED.

Date: _____        _____
                                    Judge Joseph C. Spero
                                    United States Magistrate Judge

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – SECOND JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1851761.1

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ROBERT B. BADER, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on December 12, at San Francisco, Califronia.

```
                              HOGAN & HARTSON LLP
                              NEIL R. O'HANLON
                              nrohanlon@hhlaw.com
                              1999 Avenue of the Stars, Suite 1400
                              Los Angeles, CA 90067
                              Telephone: (310) 785-4600
                              Facsimile:  (310) 785-4601

                              By [concurrence obtained, General Order 45, § X.B]
                                    Neil R. O'Hanlon

                              Attorneys for Plaintiff
                              PROVIDENT FUNDING ASSOCIATES, L.P.
```

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – SECOND JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1851761.1