GOODWIN PROCTER LLP
PATRICK S. THOMPSON (State Bar No. 160804)
pthompson@goodwinprocter.com
ROBERT B. BADER (State Bar No. 218098)
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

Attorneys for Defendant
QUICKEN LOANS, INC.

HOGAN & HARTSON LLP
NEIL R. O'HANLON (State Bar No. 67018)
nrohanlon@hhlaw.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile:  (310) 785-4601

Attorneys for Plaintiff
PROVIDENT FUNDING ASSOCIATES, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P., <br><br> *Plaintiff,* <br><br> v. <br><br> QUICKEN LOANS, INC., and DOES 1 through 20, <br><br> *Defendants.* | Case No. C-07-5680 JCS <br><br> **SECOND JOINT STIPULATION TO ENLARGE TIME** <br><br> [N.D. Civ. L. Rule 6-1(a)] <br><br> Magistrate Judge:  Hon. Joseph C. Spero |

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – SECOND JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1851761.1

**SECOND JOINT STIPULATION TO ENLARGE TIME**

On September 28, 2007, plaintiff Provident Funding Associates, L.P. ("Provident") filed a Complaint for Declaratory Relief and Breach of Written Contract ("Complaint") in the Superior Court of the State of California for the County of San Mateo. Defendant Quicken Loans, Inc. ("Quicken Loans") timely removed the action to this Court. Quicken Loans' answer originally was due November 13, 2007. On November 9, 2007, the parties stipulated to extend Quicken Loans' response date thirty (30) days to December 13, 2007. The parties currently are trying to resolve many of the issues raised in the Complaint. In light of this fact, the parties agreed to extend Quicken Loans' response date an additional twenty-five (25) days to January 7, 2008.

IT IS THEREFORE STIPULATED that the time within which Quicken Loans must answer Provident's Complaint shall be, and is hereby, enlarged to and including January 7, 2008.

Dated:  December 12, 2007

GOODWIN PROCTER LLP
PATRICK S. THOMPSON
pthompson@goodwinprocter.com
ROBERT B. BADER
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

By  /s/ Robert B. Bader

Attorneys for Defendant
QUICKEN LOANS, INC.

IT IS SO ORDERED.

Date:  December 13, 2007



Judge
United States District Judge
Judge Joseph C. Spero

---

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – SECOND JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1851761.1

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ROBERT B. BADER, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on December 12, at San Francisco, Califronia.

> HOGAN & HARTSON LLP
> NEIL R. O'HANLON
> nrohanlon@hhlaw.com
> 1999 Avenue of the Stars, Suite 1400
> Los Angeles, CA 90067
> Telephone: (310) 785-4600
> Facsimile:  (310) 785-4601
>
> By [concurrence obtained, General Order 45, § X.B]
>         Neil R. O'Hanlon
>
> Attorneys for Plaintiff
> PROVIDENT FUNDING ASSOCIATES, L.P.

*Provident Funding Associates, L.P. v. Quicken Loans, Inc., et al.* – SECOND JOINT STIPULATION TO ENLARGE TIME
CASE NO. C-07-5680 JCS
LIBA/1851761.1