UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Provident Funding Associates, L.P.,

          Plaintiff(s),

v.

Quicken Loans Inc.,

          Defendant(s).
_____/

Case No. 07-CV-05680-JCS

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Jan. 25, 2008

PROVIDENT FUNDING ASSOCIATES, L.P.
[concurrence obtained, General Order 45, section X.B]
by /s/ Michelle Blake
[Party]

HOGAN & HARTSON LLP

Dated: Jan. 25, 2008

by /s/ Neil R. O'Hanlon
[Counsel]