# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-05680 JCS**

**CASE NAME:  PROVIDENT FUNDING ASSO v. QUICKEN LOANS INC**

**MAGISTRATE JUDGE JOSEPH C. SPERO**        **COURTROOM DEPUTY**:  Karen Hom

**DATE**: February 15, 2008        **TIME: 15 mins**        **COURT REPORTER**: Not Recorded

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**
Neil O'Hanlon        Patrick Thompson

---

**PROCEEDINGS:**        **RULING:**

1. Case Management Conference        Held.

**ORDERED AFTER HEARING:**

Case referred to Court's ADR program for Mediation, to occur on 4/24/8.

**ORDER TO BE PREPARED BY:**        () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**   04/25/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: 06/30/08 |
| Expert Disclosure: 06/30/08 | Expert Rebuttal: | Expert Discovery Cutoff: 07/14/08 |
| Motions Hearing: 07/25/08 at 9:30 a.m. | | Pretrial Conference: 10/24/08 at 1:30 p.m. |

**Trial Date:**   11/03/08 at 8:30 a.m.  (X)Jury    ()Court   Set for 5 days

**cc:**        Chambers; Karen
* (T) = Telephonic Appearance