HOGAN & HARTSON LLP
Neil R. O'Hanlon, SBN 67018
nrohanlon@hhlaw.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601

Attorneys for Plaintiff Provident Funding Associates, L.P.

GOODWIN PROCTER LLP
Patrick S. Thompson, SBN 160804
pthompson@goodwinprocter.com
Robert B. Bader, SBN 218098
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, CA  94111
Telephone:  (415) 733-6000
Facsimile:  (415) 677-9041

Attorneys for Defendant Quicken Loans, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>          Plaintiff,<br><br>     v.<br><br>QUICKEN LOANS INC., and DOES 1 through 20,<br><br>          Defendants. | Case No. C-07-5680 JCS<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Magistrate Judge: Hon. Joseph C. Spero<br><br>OLD DATE:   April 25, 2008<br><br>NEW DATE:  June 6, 2008<br>TIME:             1:30 P.M.<br>PLACE:          Courtroom A |

1  Plaintiff Provident Funding Associates, L.P. ("Provident Funding") and Defendant
2  Quicken Loans Inc. ("Quicken Loans") hereby stipulate that the Case Management Statement
3  presently scheduled for April 25, 2008 at 1:30 P.M. be continued to June 6, 2008 at 1:30 P.M. in
4  Courtroom A. A tentative settlement has been reached, which addresses all of the loans that are
5  the subject of this action. The settlement agreement is in the process of being reduced to writing,
6  which the parties anticipate will be completed within the next 30 days, and dismissal of the action
7  will then follow.

9  Dated: April 22, 2008                    GOODWIN PROCTER LLP

11                                          By /s/  Patrick S. Thompson
12                                          Attorneys for Defendant Quicken Loans Inc.

15                                          **ORDER**

    IT IS SO ORDERED.
16
17  DATED:  April ___, 2008                 _____
                                            JOSEPH C. SPERO
18                                          United States Magistrate Judge

---

DOCUMENT PREPARED
ON RECYCLED PAPER

1   STIPULATION RE CONTINUANCE OF
    CASE MANAGEMENT CONFERENCE;
    ORDER

\\\LA - 098259/000026 - 384196 v1

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Robert B. Bader, hereby declare pursuant to general Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 22, 2008 at San Francisco, CA.

HOGAN & HARTSON LLP

By [concurrence obtained, General Order 45, § X
    Neil R. O'Hanlon

Attorneys for Plaintiff Provident Funding Associates, L.P.