HOGAN & HARTSON LLP
Neil R. O'Hanlon, SBN 67018
*nrohanlon@hhlaw.com*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601

Attorneys for Plaintiff Provident Funding Associates, L.P.

GOODWIN PROCTER LLP
Patrick S. Thompson, SBN 160804
*pthompson@goodwinprocter.com*
Robert B. Bader, SBN 218098
*rbader@goodwinprocter.com*
Three Embarcadero Center, 24th Floor
San Francisco, CA  94111
Telephone:  (415) 733-6000
Facsimile:  (415) 677-9041

Attorneys for Defendant Quicken Loans, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>             Plaintiff,<br><br>        v.<br><br>QUICKEN LOANS INC., and DOES 1 through 20,<br><br>             Defendants. | Case No. C-07-5680 JCS<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Magistrate Judge: Hon. Joseph C. Spero<br><br>OLD DATE:   June 6, 2008<br><br>NEW DATE:  June 20, 2008<br>TIME:            1:30 P.M.<br>PLACE:          Courtroom A |

DOCUMENT PREPARED
ON RECYCLED PAPER

STIPULATION RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; ORDER

\\\LA - 098259/000026 - 384196 v1
1898107_1.DOC

1  Plaintiff Provident Funding Associates, L.P. ("Provident Funding") and Defendant
2  Quicken Loans, Inc. ("Quicken Loans") hereby stipulate that the Case Management Conference
3  presently scheduled for June 6, 2008 at 1:30 P.M. shall be continued to June 20, 2008 at 1:30
4  P.M. in Courtroom A.  A tentative settlement has been reached, which addresses all of the loans
5  that are the subject of this action.  The settlement agreement is in the process of being reduced to
6  writing, which the parties anticipate will be completed within the next week, and dismissal of the
7  action will then follow.

Dated: June 5, 2008                         GOODWIN PROCTER LLP

By  /s/  Patrick S. Thompson

Attorneys for Defendant Quicken Loans, Inc.

**ORDER**

IT IS SO ORDERED.

DATED:  June ____, 2008                     _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge

1   STIPULATION RE CONTINUANCE OF
    CASE MANAGEMENT CONFERENCE;
    ORDER

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Patrick S. Thompson, hereby declare pursuant to general Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 5, 2008 at San Francisco, CA.


        HOGAN & HARTSON LLP

        By [concurrence obtained, General Order 45, § X
              Neil R. O'Hanlon

        Attorneys for Plaintiff Provident Funding Associates, L.P.