Case 3:07-cv-05680-JCS   Document 29   Filed 06/05/2008

1  HOGAN & HARTSON LLP
   Neil R. O'Hanlon, SBN 67018
2  nrohanlon@hhlaw.com
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA  90067
   Telephone:  (310) 785-4600
4  Facsimile:  (310) 785-4601

5  Attorneys for Plaintiff Provident Funding Associates, L.P.

6  GOODWIN PROCTER LLP
   Patrick S. Thompson, SBN 160804
7  pthompson@goodwinprocter.com
   Robert B. Bader, SBN 218098
8  rbader@goodwinprocter.com
   Three Embarcadero Center, 24th Floor
9  San Francisco, CA  94111
   Telephone:  (415) 733-6000
10 Facsimile:  (415) 677-9041

11 Attorneys for Defendant Quicken Loans, Inc.

FILED

JUN 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15 PROVIDENT FUNDING ASSOCIATES,       )   Case No. C-07-5680 JCS
   L.P.,                               )
16                                     )   **STIPULATION RE CONTINUANCE OF**
                   Plaintiff,          )   **CASE MANAGEMENT CONFERENCE;**
17                                     )   **ORDER**
           v.                          )
18                                     )   Magistrate Judge: Hon. Joseph C. Spero
   QUICKEN LOANS INC., and DOES 1      )
19 through 20,                         )   OLD DATE:  June 6, 2008
                                       )
20                 Defendants.         )   NEW DATE:  June 20, 2008
                                       )   TIME:      1:30 P.M.
21 _____ )   PLACE:     Courtroom A

DOCUMENT PREPARED
ON RECYCLED PAPER

STIPULATION RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; ORDER

LA - 098259/000026 - 384196 v1
1898107_1.DOC

Case 3:07-cv-05680-JCS    Document 29    Filed 06/05/2008 

1   Plaintiff Provident Funding Associates, L.P. ("Provident Funding") and Defendant
2   Quicken Loans, Inc. ("Quicken Loans") hereby stipulate that the Case Management Conference
3   presently scheduled for June 6, 2008 at 1:30 P.M. shall be continued to June 20, 2008 at 1:30
4   P.M. in Courtroom A. A tentative settlement has been reached, which addresses all of the loans
5   that are the subject of this action. The settlement agreement is in the process of being reduced to
6   writing, which the parties anticipate will be completed within the next week, and dismissal of the
7   action will then follow.

Dated: June 5, 2008                GOODWIN PROCTER LLP


By /s/ Patrick S. Thompson

Attorneys for Defendant Quicken Loans, Inc.


**ORDER**

IT IS SO ORDERED.

DATED: June 5, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

DOCUMENT PREPARED ON RECYCLED PAPER

1    STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER

\\\\LA - 098259/000026 - 384196 v1