HOGAN & HARTSON LLP
Neil O'Hanlon, SBN 67018
*nrohanlon@hhlaw.com*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: 310.785.4600
Fax: 310-785-4601
Attorneys for Plaintiff Provident Funding Associates, L.P.

Patrick S. Thompson (SBN 160804)
*pthompson@goodwinprocter.com*
Robert B. Bader (SBN 233165)
*rbader@goodwinprocter.com*
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant Quicken Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P., | Case No. 07-5680 JCS |
| Plaintiff, | |
| v. | Magistrate Judge: Hon. Joseph C. Spero |
| QUICKEN LOANS INC., and DOES 1 through 20, | |
| Defendants. | |

**STIPULATED ORDER OF DISMISSAL**

This Civil Action having come before the Court on the pleadings and proceedings of record, and it being represented to the Court that plaintiff Provident Funding Associates, L.P. ("Provident") and defendant Quicken Loans, Inc. ("Quicken") have entered into an agreement that resolves all claims asserted in this action, and by consent of the parties, IT IS HEREBY ORDERED that Provident's claims are hereby dismissed with prejudice.

/ / /

/ / /

1897947_1.DOC                                    1

STIPULATED ORDER OF DISMISSAL

1    IT IS SO STIPULATED:

2
     Dated: June *17*, 2008                  Patrick S. Thompson
3                                            Robert B. Bader
                                             GOODWIN PROCTER LLP
4

5

6                                            Attorneys for Quicken Loans, Inc.

7    Dated: June *18*, 2008                  Neil R. O'Hanlon,
                                             HOGAN & HARTSON LLP
8

9

10                                           Attorneys for Provident Funding Associates, L.P.

11

     IT IS SO ORDERED
12

13   Dated:

14

15   _____
     United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

     1897947_1.DOC                    2