1  HOGAN & HARTSON LLP
   Neil O'Hanlon, SBN 67018
2  nrohanlon@hhlaw.com
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Tel.: 310.785.4600
4  Fax: 310-785-4601
   Attorneys for Plaintiff Provident Funding Associates, L.P.
5
   Patrick S. Thompson (SBN 160804)
6  pthompson@goodwinprocter.com
   Robert B. Bader (SBN 233165)
7  rbader@goodwinprocter.com
   GOODWIN PROCTER LLP
8  Three Embarcadero Center, 24th Floor
   San Francisco, California 94111
9  Tel.: 415.733.6000
   Fax: 415.677.9041
10
   Attorneys for Defendant Quicken Loans, Inc.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PROVIDENT FUNDING ASSOCIATES, L.P., | Case No. 07-5680 JCS |
|---|---|
| Plaintiff, | Magistrate Judge: Hon. Joseph C. Spero |
| v. | |
| QUICKEN LOANS INC., and DOES 1 through 20, | |
| Defendants. | |

**STIPULATED ORDER OF DISMISSAL**

This Civil Action having come before the Court on the pleadings and proceedings of record, and it being represented to the Court that plaintiff Provident Funding Associates, L.P. ("Provident") and defendant Quicken Loans, Inc. ("Quicken") have entered into an agreement that resolves all claims asserted in this action, and by consent of the parties, IT IS HEREBY ORDERED that Provident's claims are hereby dismissed with prejudice.

/ / /

/ / /

1  IT IS SO STIPULATED:

2

3  Dated: June 17, 2008                    Patrick S. Thompson
                                            Robert B. Bader
4                                           GOODWIN PROCTER LLP

5

6  _____
   Attorneys for Quicken Loans, Inc.

7  Dated: June 18, 2008                    Neil R. O'Hanlon,
                                            HOGAN & HARTSON LLP
8

9

10 _____
   Attorneys for Provident Funding Associates, L.P.

11
   IT IS SO ORDERED
12

13 Dated: June 20, 2008

14

15 _____
   United States Magistrate Judge
16                                          Judge Joseph C. Spero

---

1897947_1.DOC                           2
C07-5680-JCS                                           STIPULATED ORDER OF DISMISSAL